UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Erwin Lawary,                                                                 Civil No. 04-1668 (DWF/FLN)

              Plaintiff,

v.                                                                             **ORDER**

Jo Anne B. Barnhart,
Commissioner of Social Security,

              Defendant.

_____

Daniel S. Rethmeier, Esq., Rethmeier Law Office, PLLC, counsel for Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, United States Attorney's Office, counsel for Defendant.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 15, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for summary judgment (Doc. No. 16) is **DENIED**; and

2. Defendant's motion for summary judgment (Doc. No. 20) is **GRANTED**.

Dated: September 12, 2005                      s/Donovan W. Frank
                                                    DONOVAN W. FRANK
                                                    Judge of United States District Court